UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:  Case No.: 2−25−20323−PRW
Chapter: 13

    Kathy Scott
      dba Cassies Citchen  SSN: xxx−xx−3720

        Debtor(s)

## ORDER DISMISSING CHAPTER 13 CASE

**WHEREAS,** an Order Granting Payment of Filing Fee in Installments was entered on April 28, 2025; and

**WHEREAS,** said Order required that the first installment payment be paid in good funds and physically received by the Clerk's Office on or before 12:00 P.M. (noon) on May 15, 2025 and if the first installment payment was not received pursuant to the terms of the Order, this bankruptcy case would be dismissed without the need for further Court Order; and

**WHEREAS,** the first installment payment was not paid as required by the Order; it is now hereby

**ORDERED,** that the above−captioned bankruptcy case is Dismissed; and it is further

**ORDERED,** that the balance of the filing fee, $313.00 remains due and payable to the Clerk of the Court.

Dated: May 15, 2025  /s/
      Rochester, New York  **HONORABLE PAUL R. WARREN**
                                            United States Bankruptcy Judge

Form ODSinstl
www.nywb.uscourts.gov