# Notice Recipients

District/Off: 0209−2  User: admin  Date Created: 5/15/2025
Case: 2−25−20323−PRW  Form ID: pdforder  Total: 3

**Recipients of Notice of Electronic Filing:**
tr   George M. Reiber   trustee13@roch13.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db   Kathy Scott   41 North Park Drive   Rochester, NY 14612
smg  Office of the U.S. Trustee   100 State Street, Room 6090   Rochester, NY 14614

TOTAL: 2