**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

In Re:  
    Kathy Scott  
      dba Cassies Citchen

Case No.: 2−25−20323−PRW  
Chapter: 13

SSN: xxx−xx−3720

Debtor(s)

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on May 15, 2025.

Date: May 15, 2025

Lisa Bertino Beaser  
Clerk of Court

Form ntcdsm/Doc 20  
www.nywb.uscourts.gov