# Notice Recipients

District/Off: 0209–2    User: admin    Date Created: 5/15/2025
Case: 2–25–20323–PRW    Form ID: ntcdsm    Total: 14

**Recipients of Notice of Electronic Filing:**
aty    Terence L Robinson, Jr    terence@robinsonlegalpllc.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Kathy Scott    41 North Park Drive    Rochester, NY 14612
tr        George M. Reiber    3136 S. Winton Road, Suite 206    Rochester, NY 14623
ntcapr    Canandaigua National Bank & Trust Company    1150 Pittsford Victor Rd    Pittsford, NY 14534
smg       Office of the U.S. Trustee    100 State Street, Room 6090    Rochester, NY 14614
22037384  AT&T    Whitacre Towers    208 S. Akard St.    Dallas, TX 75202–4206
22037380  Canandaigua National Bank    72 South Main Street    Canandaigua, NY 14424
22037386  Casella Waste Services    Mail Stop 10    317 Ramisch Rd.    Waunakee, WI 53597–957
22037381  Department of Taxation and Finance    Returns Processing    WA Harriman Campus    Albany, NY 12227–0001
22037519  LVNV Funding, LLC    Resurgent Capital Services    PO Box 10587    Greenville, SC 29603–0587
22037385  Monroe County Water Authority    475 Norris Dr.    Rochester, NY 14610–2498
22038604  New York State Department of Taxation & Finance    Bankruptcy Section    P O Box 5300    Albany New York 12205–0300
22037382  RGE    PO Box B47813    Boston, MA 02284–7813
22037383  Spectrum    1600 Dublin Road    Columbus, OH 43215–2098

TOTAL: 13