# United States Bankruptcy Court
Western District of New York

IN RE:  KATHY SCOTT  
41 NORTH PARK DRIVE  
ROCHESTER, NY 14612

Case Number: 25-20323-PRW  
Filed: 04/25/2025  
SS #1: XXX-XX-3720

## SUMMARY OF TRUSTEE'S FINAL ACCOUNT

Notice  
Dismissed Prior To Confirmation

Bankruptcy Judge Copy

| | |
|---|---|
| THE REPORT IS SUMMARIZED AS FOLLOWS: | |
| Receipts: | 0.00 |
| **PAID CLAIMANTS** | |
| Secured: | 0.00 |
| Priority: | 0.00 |
| Unsecured: | 0.00 |
| Other: | 0.00 |
| **ADMINISTRATIVE COSTS** | |
| Filing Fees: | 0.00 |
| Trustee Expense: | 0.00 |
| Trustee Compensation: | 0.00 |
| Debtor's Attorney: | 0.00 |
| Other Admin Expenses: | 0.00 |
| **RETURNED** | |
| To The Debtor: | 0.00 |
| Total Distributed: | 0.00 |

| | |
|---|---|
| Your Claim Was Recorded As Number | 999 |
| Your Claim Was Classified As | Special |
| The Trustee Reports That You Were Paid | 0.00 |

You are futher notified that  
UNDER RULE 5009(a) FRBP, IF NO OBJECTION HAS BEEN FILED BY THE UNITED STATES TRUSTEE OR A PARTY IN INTEREST WITHIN 30 DAYS OF THE DATE THE CHAPTER 13 TRUSTEE FILED A FINAL REPORT AND FINAL ACCOUNT, THE CASE WILL BE CLOSED AND THE ESTATE WILL BE PRESUMED TO HAVE BEEN FULLY ADMINISTERED.

/s/ George M. Reiber  
George M. Reiber

### Certificate of Service

The undersigned hereby certifies that a copy of this Final Report and Account was sent electronically or by ordinary United States mail, postage prepaid, on _____06/17/2025_____, to the debtor, attorney for the debtor, and the United States Trustee.

For signature, reference Trustee file copy